UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Karl H. Kraai

    Plaintiff,

  v.

City of Milwaukee

    Defendant.

Milwaukee County Circuit Court
Case No. 20CV002908

PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN:

The petition of defendant City of Milwaukee respectfully shows as follows:

1. On May 8, 2020, an action was commenced against the petitioner in the Circuit Court for Milwaukee, Wisconsin entitled *Karl H. Kraai vs. City of Milwaukee*, Case No. 2020CV002908, by the filing with the court of a summons and complaint. True copies of the summons and complaint are annexed hereto. No further proceedings have been had therein.

2. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 29 U.S.C. §§207(e) and 216(b), and is one which may be removed to this Court by the petitioner, defendant herein, pursuant to the provisions of 28 U.S.C. § 1441(a), in that, as appears from the complaint, this is a civil action asserting a claim arising under a law of the United States, *viz.*, 29 U.S.C. §§207(e) and 216(b).

3. That the summons and complaint in the above-captioned matter were served upon defendant City of Milwaukee within thirty days of making this petition, on May 20, 2020.

WHEREFORE, the petitioner prays that the above-described action, now pending against the City of Milwaukee in the Circuit Court for Milwaukee County, Wisconsin, be removed therefrom to this court.

Dated and signed at Milwaukee, Wisconsin 17th day of June, 2020.

                TEARMAN SPENCER
                City Attorney

                s/ Benjamin J. Roovers
                Assistant City Attorney
                State Bar No. 1092395
                Attorneys for Defendant
                Milwaukee City Attorney's Office
                200 East Wells Street, Room 800
                Milwaukee, WI 53202
                Telephone: (414) 286-2601
                Fax: (414) 286-8550
                Email: broove@milwaukee.gov

                s/ Robin Pederson
                Assistant City Attorney
                State Bar No. 1045759
                Attorneys for Defendant
                Milwaukee City Attorney's Office
                200 East Wells Street, Room 800
                Milwaukee, WI 53202
                Telephone: (414) 286-2601
                Fax: (414) 286-8550
                Email: rpederson@milwaukee.gov

1061-2020-735/268767