# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN

**KARL H. KRAAI,**
on behalf of himself and all
others similarly situated,

        Plaintiff,

v.                                  Case No.: 2:20-CV-909

**CITY OF MILWAUKEE,**

        Defendant.

## JOINT MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
## CERTIFICATION OF A RULE 23 CLASS
## AND CERTIFICATION OF A COLLECTIVE ACTION

The parties, by and through their undersigned counsel, hereby move the Court for entry of the parties' proposed Order Granting Preliminary Approval of Class Action Settlement, Certification of a Rule 23 Class, and Certification of a Collective Action. That order would:

1.     Preliminarily approve the parties' Settlement Agreement and Release of Claims (a copy of which has been filed, under seal, as Exhibit A to this motion);

2.     Grant the parties' joint stipulation to certify a class pursuant to Fed. R. Civ. P. 23, with the class to be defined as set forth in the parties' joint stipulation;

3.     Grant the parties' joint stipulation to certify this case as a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b); and

4.     Grant certain other relief as set forth in the proposed order.

For the reasons outlined in the memorandum of law filed herewith, the parties believe the Settlement Agreement provides for a fair resolution of the dispute between the parties, and respectfully request that the Court grant the relief requested above.

Respectfully submitted this 10th day of August, 2022.

        MACGILLIS WIEMER, LLC

        By: *s/ Christopher J. MacGillis*
        Christopher J. MacGillis, State Bar No. 1068944
        Kevin P. Todt, State Bar No. 1097341
        Attorneys for Plaintiffs

ADDRESS:
11040 W. Bluemound Rd., Suite 100
Milwaukee, WI 53226
Phone: (414) 727-5150
Fax: (414) 727-5155
chris@macgilliswiemer.com
kevin@macgilliswiemer.com

        CITY OF MILWAUKEE

        By: *s/ Robin Pederson*
        Robin Pederson, State Bar No. 1045759
        Attorneys for Defendant

ADDRESS:
200 E. Wells St., Room 800
Milwaukee, WI 53202
Phone: (414) 286-2601
Fax: (414) 286-8550
rpederson@milwaukee.gov