TEARMAN SPENCER
City Attorney

ODALO J. OHIKU
ROBIN A. PEDERSON
TODD FARRIS
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

HEIDI WICK SPOERL
KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
ALLISON N. FLANAGAN
PATRICK J. MCCLAIN
HANNAH R. JAHN
JULIE P. WILSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
ALEX T. MUELLER
ALEXANDER COSSI
LISA A. GILMORE
NICHOLAS R. SINRAM
TAVISS K. SMITH
KATHERINE A. HEADLEY
ANTHONY JACKSON
STACY J. MILLER
JORDAN SCHETTLE
THERESA MONTAG
TYLER M. HELSEL
NANCY A. DOMINSKI
RYAN J. HARRINGTON
Assistant City Attorneys

September 29, 2022

Honorable William E. Duffin
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 250
Milwaukee, WI 53202

    **Re:**    *Karl Kraai, et al. v. City of Milwaukee*
             **Case No.: 20-CV-909**

Dear Judge Duffin:

The class action settlement approval notice requirements of the Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715, were recently brought to our attention. On September 27, 2022, the City of Milwaukee mailed notice of this class / collective action and the documents specified by CAFA on the U.S. Attorney General and the Attorney Generals of each state in which the last known address of a class member resided. The certified mailing of these notices was sent more than 10 days after the Proposed Order Granting Preliminary Approval of a Class Action Settlement, Certification of a Rule 23 Class, and Certification of a Collective Action were filed with this court, and less than 90 days from the Fairness Hearing scheduled December 20, 2022.

Very truly yours,

s/ Lisa A. Gilmore
LISA A. GILMORE
Assistant City Attorney

LAG:amm

    c:     Attorney Christopher J. MacGillis

1061-2020-735.001:281975