UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KARL H. KRAAI**
**on behalf of himself and all others similarly situated,**

    **Plaintiff,**
v.                   Case No. 20-CV-909

**CITY OF MILWAUKEE,**

    **Defendant.**

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES

On December 20, 2022, the court conducted a fairness hearing on the parties' agreement to settle the FLSA and Rule 23 class action claims in the above-captioned matter. Counsel advised the court as to the nature and extent of the dispute between the parties, and no objections were raised. Having reviewed the parties' settlement agreement, the plaintiff's unopposed motion for attorneys' fees, and all related filings, the court concludes the following:

1. The Settlement Agreement constitutes a fair and reasonable resolution of a bona fide dispute between the defendant and all affected employees and other persons who worked for the defendant during the relevant time frames.

2. The requested fee award set forth in plaintiff's supporting brief and declarations is consistent with the rates of other attorneys in the community and approved rates in similar matters before the court. The court finds the attorney fee amount and the costs requested to be reasonable and fair compensation for counsel given the extent of work in representing the class and the result they attained.

**IT IS THEREFORE ORDERED** that the plaintiff's unopposed motion for attorney's fees (ECF No. 42) is **GRANTED**. Plaintiff's counsel is hereby awarded one-third (33.3%) of the settlement fund, or $383,333, as attorneys' fees, as well as reimbursement of costs in the amount of $3,000.

**IT IS FURTHER ORDERED** that the plaintiff's unopposed motion for final approval of the class action settlement (ECF No. 50) is **GRANTED**. The Clerk is directed to close this case for statistical purposes; however, the court will retain jurisdiction for purposes of monitoring and enforcing the settlement agreement until the entire settlement fund is disbursed.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 28th day of December, 2022.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge